NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOSE LUIS DeLEON,                           )
                                            )
                Appellant,                  )
                                            )
v.                                          )       Case No. 2D18-1235
                                            )
STATE OF FLORIDA,                           )
                                            )
                Appellee.                   )
_____ )

Opinion filed November 14, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Jose Luis DeLeon, pro se.


PER CURIAM.


                Affirmed.


VILLANTI, BLACK, and BADALAMENTI, JJ., Concur.